1  JOSE ORTIZ
   14 N. Kenton Ave
2  National City, CA. 91950
   Phone (619) 773- 4584
3  Defendant in Propria. Persona.

FILED

08 JUL 21 PM 12: 46

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ECU
DEPUTY

4              UNITED STATES DISTRICT COURT

5              SOUTHERN DISTRICT OF CALIFORNIA

6
   CITIBANK N. A. as Trustee        Case No. **08 CV 1 3 0 1 LAB RBB**
7
                                    State Case No.
8              Plaintiff;           37-2008-00031404-CL-UD-SC

9  VS.                              **PETITION FOR REMOVAL**

10 JOSE E. ORTIZ and DOES 1 through 100   **28 USC 1331, 1332,**
   Inclusive;                            **28 USC1441(a)(b)(c), 1443**
11                                        **28 USC 1446, FRCP 81(c)**
                  Defendants.
12

13

14 TO The Honorable Judges of the United States District Court for the Central District of

15 California:

16      Petitioner, Jose E. Ortiz, appearing Pro. Se. respectfully shows this Court:

17      1.  Petitioner is the Defendant in the above-entitled action.

18      2.  The above-entitled and pending civil action was filed in the Superior Court of

19 the State of California County of San Diego on July 3, 2008.

20      3.  The issue of Plaintiff's foreclosure and Unlawful Detainer is a complex litigation

21 in that Defendant has a claim against this claimant and others for FRAUD including

22 violations of 15 U.S.C. § 1611 et seq.; 26 U.S.C. § 2605 et seq.; 15 U.S.C. § 1602 et

23 seq.; 15 U.S.C. § 1692.; which does not appear on the face of Plaintiff's complaint,

24 however the constitutionality of the application of the Unlawful Detainer Statutes

25 California Code of Civil Procedure section 1161a et seq. as applied to Defendants after a

26 non-Judicial foreclosure is in issue, as well as the Non-judicial foreclosure itself under

27 Cal. Civ. Code sec 2924. The issue is the lack of both substantive and procedural Due

28 Process in the foreclosure proceedings as there is no opportunity to defend against a

CR

wrongful foreclosure, and thereafter no defense to the Unlawful Detainer stemming there from.

4. This is a diversity action as Defendant is a Citizen of the State of California and Plaintiff is a National Association which operates internationally in 23 countries outside the United States, with its main offices on information and belief to be at 100 Citibank Drive, San Antonio, TX 78245

Federal question in the following:

(A) Cal Civ. Code Sec 2924 was unconstitutionally applied to Defendant as there was no opportunity to defend against a wrongful foreclosure, there was no independent source to complain to too stop or prevent a wrongful or fraudulent foreclosure.

(B) California Code of Civil Procedure 1161a is applied to Plaintiff and all parties in a foreclosure action as a grinding mill, the time allowed for defense in insufficient to prepare a "real" defense to this type of eviction, and NO real defense is even allowed, the issue of the foreclosure being improperly carried out, or unlawfully carried out, and whether the title was properly obtained is a non issue in this type of complaint under California Law, and is not allowed to be litigated, this code gives the illusion of providing a procedure where Due Process is obtained but not the reality of receiving a meaningful procedure either in form or substance as being substantive or procedural Due Process.

4. In the present case, apparently Citibank remained in hiding as a beneficiary, and a company named Mortgage Electronic Registration Systems ("MERS") went on title after the loan was initially funded by Ownit Mortgage Solutions. MERS claimed to be the Beneficiary, Ownit the Lender and in turn Wilshire Credit, and Homeq Servicing, and Litton each have claimed the right to the payments, no where in this chain did Citibank ever appear, and this defendant does not believe (i) that the property was properly foreclosed, and (ii) that Citibank has standing to evict. Defendant has a counter claim that he intends to file and join the two cases for trial.

5. Plaintiff has attached a true and correct copy of the Complaint dated July 3, 2008 hereto as exhibit "1

6. The above-entitled matter was commenced against Petitioner in the Superior Court and is now pending therein as case no. 37-2008-00031404-CL-UD-SC

7. On or about July 6, 2008, Defendant was served with a Summons and Complaint in the above-entitled action.

8. The amount of money in controversy is currently in excess of $500,000 which is the value of the Property taken wrongfully, through the State non-judicial foreclosure and is not under $25,000 as Plaintiff alleges for the Superior Courts limited courts Jurisdiction.

9. This Court has original jurisdiction over these proceedings by virtue of 28 USC 1331, as a significant Federal question has been raised.  Therefore, this matter may be removed pursuant to 28 USC 1441(a)(b).

10. This Court has further original Jurisdiction under 28 USC 1332 as Plaintiff is a resident and has there primary place for doing business in the State of Texas and Defendant is a resident of California

11. This court also has original jurisdiction as this is a matter that falls under Title 42 section 1983 ("The CIVIL Rights Act") which provides:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

12. That Declaratory relief is unavailable in the limited court and this action because of the limited amount of time allowed prior to trial and the lack of defenses that will be heard.

13. That this Court has Original Jurisdiction to hear and determine matters under title 42 section 1983 by virtue of 28 USC 1443.

14. The Petitioner has filed with the Clerk of the United States District Court within 30 days after service on Petitioner of the aforesaid Complaint in the above-entitled action, this Petition for Removal.

WHEREFORE Petitioner prays that the above-entitled action be removed from the Superior Court to the United States District Court.

DATED 7/18/08

JOSE E. ORTIZ

## **VERIFICATION**

STATE OF CALIFORNIA          )
                             )s.s.
COUNTY OF SAN DIEGO          )

Jose E. Ortiz, under penalties of perjury, being first duly sworn, deposes and says:

That he is the Petitioner in the above-entitled action; that he has read the foregoing and knows the contents thereof; that the same is true of his own personal knowledge, except for those matters therein stated upon his information and belief, and as to those matters he believes them to be true.

Jose E. Ortiz

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO
SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME
ON THIS 18th DAY OF JULY 20 08
BY: JOSE E. ORTIZ
PERSONALLY KNOWN TO ME OR PROVED TO ME ON
THE BASIS OF SATISFACTORY EVIDENCE TO BE THE
PERSON(S) WHO APPEARED BEFORE ME.

R.T. SAMSON = NOTARY PUBLIC

R. T. SAMSON
COMM. #1796741
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
APRIL 27, 2012

JOSE ORTIZ
14 N. Kenton Ave
National City, CA. 91950
Phone (619) 773- 4584
Defendant in Propria. Persona.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIBANK N. A. as Trustee | CASE NO. |
| Plaintiff; | **CERTIFICATE OF SERVICE** |
| VS. | State Case No. |
| JOSE E. ORTIZ and DOES 1 through 100 Inclusive; | 37-2008-00031404-CL-UD-SC |
| Defendants | |

I hereby certify that on July _21_ , 2008, I did serve a true copy of the foregoing Notice

together with copies of the Petition for Removal, on Robert Jackson, attorney of record

for Plaintiff in the above-entitled action, by causing the same to be placed in the United

States mail, postage thereon fully prepaid, and addressed to:

   Robert Jackson
Attorney for Plaintiff
Citibank NA.
4199 Campus Dr.  Suite 700
Irvine CA. 92612

DATED: July _21_  2008

_____
Jose E. Ortiz

# SUMMONS
## (CITACIÓN JUDICIAL)
### UNLAWFUL DETAINER-EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):** JOSE E. ORTIZ, and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** CITIBANK N.A. as Trustee

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

1. The name and address of the court is:
(El nombre y dirección de la corte es:)
San Diego County Superior Court-South County
500 Third Avenue, Chula Vista, CA 91910

**CASE NUMBER:**
37-2008-00031404-CL-UD-SC

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es:)
ROBERT J. JACKSON (SBN 53809)
SCOTT J. JACKSON (SBN 219157)     Telephone No. (949) 854-2244
Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612

3. (Must be answered in all cases) An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400-6415) [X] did **not** [ ] did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: JUL 03 2008
(Fecha)    Clerk, by _____ L AMACUA, Deputy
(Secretario)    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
a. [ ] as an individual defendant.
b. [ ] as the person sued under the fictitious name of (specify):
c. [ ] as an occupant
d. [ ] on behalf of (specify):
under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[ ] CCP 415.46 (occupant)              [ ] other (specify):
5. [ ] by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2004]
**SUMMONS-UNLAWFUL DETAINER-EVICTION**
Code of Civil Procedure, §§ 412.20, 415.456, 1167
Page 1 of 2
CHCA041

SUM-130

| PLAINTIFF (Name):  Citibank | CASE NUMBER: |
|---|---|
| DEFENDANT (Name):  JOSE E. ORTIZ; et al. | |

6. **Unlawful detainer assistant** (*complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant*):

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and ZIP:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on (*date*):

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ROBERT J. JACKSON (Bar No. 53809). <br> SCOTT J. JACKSON (Bar No. 219157) <br> Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612 <br><br> TELEPHONE NO.: (949) 854-2244    FAX NO.: (949) 854-4752 <br> ATTORNEY FOR *(Name):* Citibank | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 500 Third Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Chula Vista 91910
BRANCH NAME: South County

CASE NAME: Citibank v. JOSE E. ORTIZ; et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☐ Unlimited <br> (Amount demanded exceeds $25,000) | ☒ Limited <br> (Amount demanded is $25,000 or less) | ☐ Counter    ☐ Joinder <br><br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | | 37-2008-00031404-CL-UD-SC <br> JUDGE: <br> DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1.  Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☒ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2.  This case ☐ is    ☒ is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
    a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
    b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
    c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3.  Remedies sought *(check all that apply):* a. ☒ monetary    b. ☒ nonmonetary; declaratory or injunctive relief    c. ☐ punitive
4.  Number of causes of action *(specify):*    One (1)
5.  This case ☐ is    ☒ is not    a class action suit.
6.  If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 3, 2008

ROBERT J. JACKSON
(TYPE OR PRINT NAME)                    ▶                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. July 1, 2007] | CHCA041 | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10 <br> www.courtinfo.ca.gov |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in items 1 and 2 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2/30 and 3.220 of the California Rules of Court.

**To Parties in a Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising for a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)-Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
Medical Malpractice-
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
(*not medical or legal*)
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract (*not unlawful detainer or wrongful eviction*)
Contract/Warranty Breach-Seller
Plaintiff (*not fraud or negligence*)
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case-Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage (*not provisionally complex*) (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ-Administrative Mandamus
Writ-Mandamus on Limited Court
Case Matter
Writ-Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal-Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400-3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
(*arising from provisionally complex case type listed above*) (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment (*non-domestic relations*)
Sister State Judgment
Administrative Agency Award
(*not unpaid taxes*)
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
Declaratory Relief Only
Injunctive Relief Only (*non-harassment*)
Mechanics Lien
Other Commercial Complaint
Case (*non-tort/non-complex*)
Other Civil Complaint
(*non-tort/non-complex*)
**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition (*not specified above*) (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.
1. If you live here an you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*:

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR *(Name)*:

NAME OF COURT: San Diego County Superior Court-South County
STREET ADDRESS:
MAILING ADDRESS: 500 Third Avenue
CITY AND ZIP CODE: Chula Vista, CA 91910
BRANCH NAME: South County

PLAINTIFF: CITIBANK N.A. as Trustee

DEFENDANT: JOSE E. ORTIZ; et al.

### PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

CASE NUMBER:

37200800031404 CLUD SC

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer eviction) Complaint was filed
3. You still occupy the premises.

*(To be completed by the process server)*
DATE OF SERVICE:
*(Date that this form is served or delivered, and posted, and mailed by the officer of process server)*

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
 1. My name is *(specify)*:

 2. I reside at *(street address, unit No., city and ZIP code)*:

 3. The address of "the premises" subject to this claim is *(address)*:

 4. On *(insert date)*: _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

 5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

 6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

 7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

 8. I was not named in the Summons and Complaint.

 9. I understand that if I make the claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

 10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $_____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

CP10.5 [New January 1, 1991]
CHCA041

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Code of Civil Procedure § 415 46,
715.010, 715.020, 1174.25

| PLAINTIFF *(Name):* Citibank | CASE NUMBER: |
| DEFENDANT *(Name):* JOSE E. ORTIZ; et al. | |

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

---

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement. I have** *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

---

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

---

Date:

   ▶

_____      _____
(TYPE OR PRINT NAME)              (SIGNATURE OF CLAIMANT)

---

NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages

---

## – NOTICE TO OCCUPANTS –

**YOU MUST ACT AT ONCE if all the following are true:**
    1. **You are NOT named in the accompanying Summons and Complaint.**
    2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
    3. **You still occupy the premises.**

*(Where to file this form)*     You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*     If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to Occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

1  ROBERT J. JACKSON
   Attorney Bar No. 53809
2  SCOTT J. JACKSON
   Attorney Bar No. 219157
3  Jackson & Associates, Inc.
   4199 Campus Drive, Suite 700
4  Irvine, California 92612
   (949) 854-2244
5
   Attorney for Plaintiff
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          SAN DIEGO COUNTY – SOUTH COUNTY JUDICIAL DISTRICT

10

11  CITIBANK N.A. as Trustee            )  CASE NO.: 37-2008-00031404-CL-UD-SC
                                        )
12         Plaintiff,                   )  **COMPLAINT IN UNLAWFUL DETAINER**
                                        )
13    vs.                               )  LIMITED CIVIL JURISDICTION
                                        )
14                                      )  POST-FORECLOSURE EVICTION
    JOSE E. ORTIZ;                      )
15  and DOES 1 through 100, inclusive   )  AMOUNT DEMANDED DOES NOT
                                        )  EXCEED $10,000
16         Defendant.                   )
                                        )  Property Address:
17                                      )
                                        )  14 N KENTON AVE
18                                      )  NATIONAL CITY, CA  91950
                                        )
19  _____

20  Plaintiff CITIBANK N.A. as Trustee ("Citibank") alleges as follows:

21  1.  Citibank is now and at all times relevant was an entity qualified to commence this action.

22  2.  The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are

23      unknown to Plaintiff at this time.  These defendants will be served pursuant to *Code of Civ. Proc.*

24      § 415.46.

25  3.  The property of which Plaintiff seeks possession is located at 14 N KENTON AVE, NATIONAL

26      CITY, CA 91950 (the "Premises").  Said Premises is located within this Superior Court Judicial

27      District.

28  4.  Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161a.  Plaintiff obtained

Complaint in Unlawful Detainer                  -1-
CHCA041

title to the Premises and right to possession thereof by its purchase at a foreclosure sale validly held in compliance with *Civil Code* § 2924, the particulars of which are as follows:

    A. JOSE E. ORTIZ executed as Trustor(s) a Deed of Trust, with power of sale, recorded on or about 11/29/2006 in the Official Records of San Diego County as Instrument Number 2006-0847873, which Deed of Trust encumbered the Premises.

    B. Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of Trust sold and conveyed title to the Premises to Citibank, pursuant to a Trustee's Deed Upon Sale recorded on or about 06/06/2008 in the Official Records of San Diego County as Instrument Number 2008-0305705.

5. Title is and has been perfected in Citibank on 06/06/2008.

6. Plaintiff is informed, believes, and thereon alleges that Defendants JOSE E. ORTIZ and DOES 1 through 50 were in possession of the Premises at the time of sale, and that said Defendants and DOES 51 through 100 remained in possession after the sale.

7. On or about 06/13/2008, Plaintiff caused to be served on Defendants JOSE E. ORTIZ and DOES 1 through 100 a written Notice to Vacate Property pursuant to *Code of Civ. Proc.* § 1162, a copy of which Notice is attached hereto as Exhibit 'A' and incorporated herein by reference.

8. The Notice expired at midnight on 06/16/2008, and since 6/17/2008 Plaintiff is and has been entitled to immediate possession of the Premises.

9. Defendants and each of them failed and refused to surrender possession within or since the notice period, and continue in possession of the Premises without Plaintiff's consent. Unnamed Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

10. Plaintiff is informed, believes, and thereon alleges that the reasonable rental value of the Premises is $22.00 per day, and that damages to the Plaintiff proximately caused by Defendants' unlawful detention of the Premises have accrued at that rate since 6/17/2008 and will continue to accrue at that rate so long as Defendants remain in possession of the Premises.

WHEREFORE, Plaintiff requests judgment as follows:

1. For possession of the Premises;

2. For damages for the unlawful detention of the Premises at the rate of $22.00 per day from 6/17/2008 until the entry of judgment;

3. For costs of suit; and

4. For such other and further relief as the Court deems appropriate.

Date: July 3, 2008

Jackson & Associates, Inc.

By:

ROBERT J. JACKSON
Attorney for Plaintiff

EXHIBIT "A"

# NOTICE TO VACATE PROPERTY

TO:    JOSE E. ORTIZ &
      All occupants residing at
      14 NORTH KENTON AVENUE
      NATIONAL CITY, CA 91950

NOTICE IS HEREBY GIVEN THAT CITIBANK N.A. as Trustee ("Citibank"), or its predecessor in interest, purchased the property located at 14 NORTH KENTON AVENUE, NATIONAL CITY, CA 91950 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 11/29/2006 as Instrument Number 2006-0847873 in the Official Records of San Diego County, and that title to the Premises is duly perfected in Citibank.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, in the event you are the Trustor(s) of the Deed of Trust described above, a successor in interest to said Trustor(s), or a family member of said Trustor(s); **or,**

2. Within **thirty (30) days** after service on you of this Notice, in the event you are tenant of the Trustor(s) of the Deed of Trust described above, or a tenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to Citibank through Blake Peter, its agent, who can be reached at 619-861-8778 from 9:00 a.m. to 5:00 p.m. on all business days.

If you fail to vacate and surrender possession within the applicable period as set forth above, Citibank will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

This Notice is given pursuant to the provisions of Code of Civil Procedure § 1161a. If you have any questions about this Notice, please fax your inquiry to Jackson & Associates, Inc., attorney for Citibank, at (949) 892-1325.

Dated: June 13, 2008

Jackson & Associates, Inc.

By:

SCOTT J. JACKSON
Attorney for Citibank,
its assignees and/or successors
CHCA041

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700 | | (949) 854-2244 | |
| Irvine        CA        92612 | | | |
| ATTORNEY FOR (Name | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| 1409042 | (HEARING) Date | Time | Dept | Case Number: |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>CHCA041 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:        Jose E. Ortiz

ON:   6/13/2008        TIME OF DELIVERY:  5:30:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS:  14 North Kenton Avenue                    ON  6/13/2008
          National City          CA          91950

| 7a. Person Serving:    Luis          Castellanos | d. The fee for service was          $127.00<br>e. I am: |
|---|---|
| | (1)        not a registered California process server:<br>(3) X    registered California process server: |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | (i) Independant Contractor<br>(i) Registration No:                    1391 |
| c. (714) 662-5555 | (i) County:   SAN DIEGO |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.                                                    X _____
                                                                                      SIGNATURE

6/16/2008        Luis          Castellanos

Form Approved for Optional Use Judicial<br>Council of California<br>POS-010 [REV Jan 1 2007]                    **PROOF OF SERVICE**                    CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Jackson & Associates 4199 Campus Dr Ste 700 | | | | (949) 854-2244 | |
| Irvine | CA | | 92612 | | |
| ATTORNEY FOR (Name | | | | | |

| Insert of Court Name of Judicial District and Branch Court if any |
|---|

| SHORT TITLE OF CASE |
|---|

| | | | | | Case Number: |
|---|---|---|---|---|---|
| 1409826 | (HEARING) Date | Time | | Dept | |
| | | | | | REFERENCE NO. CHCA041 |

### PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

   3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:     All Occupants

ON:   6/13/2008      TIME OF DELIVERY:  5:30:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS:  14 North Kenton Avenue          ON  6/13/2008
          National City      CA      91950

| | | | |
|---|---|---|---|
| 7a. Person Serving: | Luis | Castellanos | d. The fee for service was       $0.00 |
| | | | e. I am: |
| b. DDS Legal Support 2900 Bristol St Costa Mesa, Ca 92626 | | | (1)     not a registered California process server: (3) X   registered California process server: (i) Independant Contractor |
| c. (714) 662-5555 | | | (i) Registration No:                    1391 (i) County:   SAN DIEGO |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X _____

6/16/2008      Luis          Castellanos                     SIGNATURE

Form Approved for Optional Use Judicial Council of California
POS-010 [REV Jan 1 2007]

### PROOF OF SERVICE

CRC 982(A)(23)

VERIFICATION

I, ROBERT J. JACKSON, declare:

    1.  I am an attorney duly licensed to practice before this court.

    2.  My office is located in Orange County, CA, and Plaintiff has no officers in said county who have any personal knowledge of this matter.

    3.  I have read the foregoing Complaint and know the contents thereof.  I am informed and believe the matters therein to be true and on that ground allege that the matters stated therein are true.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed this _3_ day of ____July____, 20 _08_ at Irvine, California.

_____
ROBERT J. JACKSON

USDC CIRCUIT #9- CAS
880 FRONT ST #4290
SAN DIEGO CA 92101
619-557-7349

BATCH: 201
S-A-L-E-S  D-R-A-F-T
7
19262500310200

REF: 0003
CD TYPE: VISA
TR TYPE: PURCHASE
DATE:   JUL 21, 08  12:54:50

**TOTAL**                    **$10.00**

ACCT:         2103       EXP: **/**
AP: 012545
NAME: JOSE E ORTIZ

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

THANK YOU

CUSTOMER COPY

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 153182    — TC**

**July 21, 2008**
**12:55:27**

**Civ Fil Non-Pris**
USAO #.: 08CV1301
Judge..: LARRY A BURNS
Amount.:                    $340.00 CA
                           $10.00 CC

Check#.: 0

**Total-> $350.00**

FROM: JOSE ORTIZ VS CITIBANK

*JS 44 (Rev. 12/06)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ORTIZ, JOSE

**DEFENDANTS**

CITIBANK, NA'L&E Drustee

(b) County of Residence of First Listed Plaintiff  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   08 JUL 21 PM12:16

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)  PRO SE

Attorneys (If Known)
ROBERT  08 CV 1301 L RBB
SCOTT JACKSON

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☒ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1331, 1332, 1441 (a)(b)(c), 1443, 1446, FRCP 81(c)

Brief description of cause:
PETITION FOR REMOVAL

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE                                    DOCKET NUMBER

DATE                    SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT # 153182    AMOUNT $350    APPLYING IFP    JUDGE    MAG. JUDGE

SAC 7/21/08

CR