1  JOSE ORTIZ
2  14 N. Kenton Ave
   National City, CA. 91950
3  Phone (619) 773- 4584
   Defendant in Propria. Persona.

FILED
08 JUL 21 PM 12: 46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CITIBANK N. A. as Trustee

         Plaintiff;

VS.

JOSE E. ORTIZ and DOES 1 through 100 Inclusive;

         Defendants

CASE NO. 08 CV 1301 LAB RBB

NOTICE OF FILING PETITION FOR REMOVAL

28 USC 1446(e), FRCP 81(c)

State Case No.
37-2008-00031404-CL-UD-SC

TO: Robert Jackson
    Attorney for Plaintiff
    Citibank NA.
    4199 Campus Dr. Suite 700
    Irvine CA. 92612

PLEASE TAKE NOTICE that on July 21, 2008, Jose E. Ortiz Defendants in the above-entitled action, filed a Petition for Removal, copies of which are attached hereto, of the above-entitled action to the United States District Court for the Central District of California

YOU ARE ALSO ADVISED that Defendant, on filing such Petition for Removal in the office of the Clerk of the United States District Court for the Central District of California, also filed copies thereof with the Clerk of the Superior Court to effect removal pursuant to 28 USC 1446(d)

DATED 7/21/08

_____
Jose E. Ortiz

