JOSE ORTIZ
14 N. Kenton Ave
National City, CA. 91950
Phone (619) 773- 4584
Defendant in Propria. Persona.

FILED
08 JUL 21 PM 12:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    EC
                                  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CITIBANK N. A. as Trustee

           Plaintiff;

VS.

JOSE E. ORTIZ and DOES 1 through 100 Inclusive;

           Defendants

Case No. '08 CV 1301 LAB RBB

State Case No.
37-2008-00031404-CL-UD-SC

**NOTICE TO THE SUPERIOR COURT OF FILING OF PETITION FOR REMOVAL**

PLEASE TAKE NOTICE that Jose E. Ortiz Defendants in the above-entitled action, has filed a Petition in the United States District Court for the Central District of California for removal of this action hereto. A copy of said Petition is attached hereto.

PLEASE TAKE NOTICE that, pursuant to 28 USC 1446(d), this Court shall proceed no further unless and until the case is remanded.

DATED 7/21/08

Jose E. Ortiz