1  JACKSON & ASSOCIATES, INC.
   Robert J. Jackson, Esq., SBN 53809
2  Scott J. Jackson, Esq., SBN 219157
3  4199 Campus Drive, Suite 700
   Irvine, CA 92612
4  Tel: (949) 854-2244/ Fax: (949) 892-1327
   rjackson@jandalegal.com
5

6  WRIGHT, FINLAY & ZAK, LLP
   Robin Prema Wright, Esq. SBN 150984
7  Darlene C. Vigil, Esq. SBN 223442
   Neil M. Sholander, Esq. SBN 225894
8  4665 MacArthur Court, Suite 280
9  Newport Beach, CA 92660 (Ortiz/Pleadings/Motion to Remand)
   Tel: (949) 477-5050/Fax: (949) 477-9200
10 dvigil@wrightlegal.net

11 Attorneys for Plaintiff and Moving Party,
12 CITIBANK, N.A. as Trustee

13              UNITED STATES DISTRICT COURT

14        SOUTHERN DISTRICT OF CALIFORNIA- SAN DIEGO

15

16  CITIBANK N.A. as Trustee,               ) Case No.:  CV 08-01301-LAB-(RBBx)
                                            ) Hon. Larry Alan Burns
17                     Plaintiff,           )
                                            ) NOTICE OF MOTION AND MOTION TO
18            vs.                           ) REMAND CASE AND REQUEST FOR
19  JOSE ORTIZ                              ) ATTORNEYS FEES AND COSTS;
    and DOES 1 through 100, inclusive,      ) MEMORANDUM OF POINTS AND
20                                          ) AUTHORITIES IN SUPPORT THEREOF;
                                            ) DECLARATION OF DARLENE VIGIL IN
21                    Defendants.           ) SUPPORT OF MOTION
22                                          )
                                            ) *[Filed Concurrently With Request for Judicial*
23                                          ) *Notice]*
24                                          )
                                            ) DATE:    November 3, 2008
25                                          ) TIME:    11:15 a.m.
26                                          ) COURTROOM:  9
                                            )
27                                          )
28  _____ )


                                    1

1    TO THE HONORABLE LARRY ALAN BURNS, DEFENDANT JOSE ORTIZ, IN

2    PRO SE, ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD, IF

3    ANY:

4    PLEASE TAKE NOTICE that on **November 3, 2008, at 11:15 a.m.,** or as soon

5    thereafter as the matter may be heard in Courtroom 9 of the above-entitled court, located at 880

6    Front St., San Diego, CA 92101, Plaintiff CITIBANK, N.A. as Trustee ("Plaintiff") will move

7    this Court for an order remanding this case to the Superior Court of the State of California,

8    County of San Diego, South County Judicial District, and for an award of reasonable attorney's

9    fees and costs in the amount of $2,687.50.

10    The motion is made on the grounds that there is no federal subject matter jurisdiction in

11    this action and substantial defects in Defendant JOSE ORTIZ'(" Ortiz") removal procedure.

12    Plaintiff is entitled to an award of attorneys fees pursuant to 28 U.S.C. § 1447(c) as this action

13    was improperly removed to frustrate and otherwise seek to impede Plaintiff's ability to recover

14    possession of real property which it lawfully owns. Simply put, this is an unlawful detainer

15    action involving only the issue of possession of real property located in San Diego County,

16    which has been improperly removed to this Court by Defendant Ortiz.

17    This motion is based on this Notice of Motion and Motion, the Memorandum of Points

18    and Authorities and Declaration of Darlene Vigil attached hereto in support of the motion, the

19    Request for Judicial Notice filed concurrently herewith and the pleadings and papers on file in

20    this action.

21    THEREFORE, Plaintiff moves, as follows:

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

2

1      1.     For an order by this Court remanding this case to the Superior Court of the

2 State of California, County of San Diego, South County Judicial District, and for an award of

3 reasonable attorneys' fees and costs in the a mount of $2,687.50.

4                                               Respectfully submitted,

5 Dated: August 18, 2008                      Wright, Finlay and Zak, LLP

6                             By:     <u>/s/ Darlene C. Vigil</u>

7                                             Robin Prema Wright, Esq.
                                            Darlene C. Vigil, Esq.

8                                             Attorneys for Plaintiff
                                            CITIBANK, N.A. as Trustee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MEMORANDUM OF POINTS AND AUTHORITIES

I.    INTRODUCTION

Plaintiff seeks an order remanding this case back to the Superior Court of the State of California for the County of San Diego – South County Judicial District, from where it was improperly removed by Defendant Jose Ortiz ("Ortiz"), for lack of federal subject matter jurisdiction and substantial defects in Ortiz's re moval procedure, specifically, defects in the form and content of Ortiz' removal notice.

The facts of this case are straight-forward. This is a residential unlawful detainer after a non-judicial foreclosure sale. In or about November, 2006, Ortiz executed a deed of trust encumbering the real property commonly known as, 14 N Kenton Ave., National City, California 91950 ("Prop erty").[1]  The deed of trust was recorded in the Official Records of San Diego County, State of California on November 29, 2006, as Instrument Number 2006-0847873 (the "Deed of Trust").[2]  On or about June 6, 2008, the trustee or successor trustee under the Deed of Trust, conducted a trustee's sale of t he Property ("Sa le") and the Property reverted to Plaintiff.[3]  The Sale was held in accordance with Section 2924 of the California Civil Code under a power of sale clause contained in the Deed of Trust.[4]  Plaintiff's ti tle to the Property was duly perfected by recordation of the Trustee's Deed upon  Sale in the Official Records of San Diego County on June 6, 2008, as instrument number 2008-0305705.[5]  Plaintiff is the lawful owner of the Property.

On July 3, 2008, Plaintiff filed an Unlawful Detainer action against Ortiz and Does 1 through 100, in the San Diego County Superior Court – South County Judicial District, Case No. 37-2008-00031404-CL-UD-SC (the "State Court Action").[6]  In the State Court Action, Plaintiff seeks to recover possession of the Property and holdover damages at the rate of

---

[1] See, Complaint attached as Exhibit "1" to the Request for Judicial Notice ("RJN") filed concurrently herewith and incorporated herein by reference as though set forth in full, ¶ 4A.
[2] Id.
[3] Id., ¶ 4B.
[4] Id.
[5] Id. ¶ ¶ 4B-5.
[6] See, RJN, Exhibit "1. "

4

1  $22.00 per day commencing on June 17, 2008.[7]  Essentially, Plaintiff's h oldover damage

2  request is less than $1,400.  On July 21, 2008, Ortiz filed a Petition for Removal in this

3  Court.[8]  A true and correct copy of Ortiz's Petition for Re moval ("Petition") filed in this

4  Court is attached as Exhibit "2" to the Request for Judicial Notice filed concurrently herewith.

5  A review of Ortiz's re moval paperwork reveals that it is totally defective in form and

6  content.  Rather than contain a short and plain statement of the grounds for removal, the

7  Petition consists of incoherent, confusing and conclusory statements, completely lacking any

8  short and plain statement of the grounds for removal.  Based on Ortiz's c onfusing and totally

9  deficient paperwork, this Court should remand this case to the State Court outright.

10  As set forth above, the instant action involves the issue of rightful possession of

11  residential property after a foreclosure sale.  The face of the Complaint identifies one cause of

12  action for unlawful detainer.[9]  The action presents no federal question and no basis for federal

13  jurisdiction.  Since this action is more properly the subject of state court litigation, it is clear

14  that Ortiz'attempt to li tigate in federal court is a farce, designed solely to harass the Plaintiff,

15  and cause it to incur further litigation costs.

16  Accordingly, this action is properly subject to a motion to remand and an award of

17  reasonable attorneys' fees and costs.

18  II.  THIS ACTION SHOULD BE REMANDED TO THE STATE COURT BECAUSE

19  THERE ARE NO GROUNDS FOR FEDERAL SUBJECT MATTER

20  JURISDICTION.

21  As a general matter, federal courts have subject matter jurisdiction over civil actions

22  arising under the Constitution, laws, or treatises of the United States.[10]  A defendant may

23  remove to federal court any action over which the federal court would have had original

24  subject matter jurisdiction.[11]

25

26  [7] Id., ¶¶  3, 10.

27  [8] A true and correct copy of Ortiz' Petition  of Removal is attached as Exhibit "2 " to the RJN and incorporated herein by reference as though set forth in full.

28  [9] See, RJN, Exhibit "1. "
[10] United States v. Alisal Water Corp., 431 P.3d 643, 650 (9th Cir. 2005).
[11] 28 U.S.C. § 1441.

5

1    Federal question jurisdiction extends to those cases in which a well-pleaded complaint
2  establishes either that: (1) federal law creates the cause of action; or (2) the plaintiff's right to
3  relief necessarily depends on a resolution of a substantial question of federal law.[12] *The*
4  *presence or absence of federal question jurisdiction is governed by the well-pleaded complaint*
5  *rule, which provides that federal question jurisdiction exists only when a federal question is*
6  *presented on the face of the plaintiff' s properly pleaded complaint.*[13]  The federal question
7  must be disclosed upon the face of the complaint, unaided by the answer or by the petition for
8  removal.[14]  The existence of a defense based on federal law, however, is insufficient to support
9  jurisdiction, even if both parties agree that the federal defense is the only question truly at
10  issue.[15]

11    In addition, the removal statute is strictly construed against removal jurisdiction, and
12  the burden of establishing federal jurisdiction falls on the party invoking the statute.[16] *The*
13  *propriety of removal is determined solely on the basis of pleadings filed in state court, i.e. by*
14  *looking "to the complai nt at the time the removal petition was filed. "*[17]

15    Remand may be ordered either for lack of subject matter jurisdiction or for "any defect
16  in the removal procedure."[18]  In the Petition, Ortiz makes specious claims of alleged violations
17  of the Consumer Credit Protection Act[19] ("CCPA ") and the Civil Rights Act.[20]  Ortiz then
18  generally alleges that the amount in controversy is "in excess of $500,000.00."[21]
19  Interestingly, Ortiz acknowledges that the underlying Complaint does not allege any cause of
20  action involving the CCPA[22] or the Civil Rights Act.[23] Essentially, Ortiz has removed the State
21  Court Action to this Court based upon his alleged defenses to the Complaint. *However, it is*

22

23  [12] *Federal Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 27-28, 103 S.Ct. 2841 (1983).
   [13] *Wayne v. DHL Worldwide Express*, 294 F.3d. 1179, 1183 (9th Cir. 2002)
24  [14] *Gully v. First Nat. Bank*, 299 U.S. 109, 113, 57 S.Ct. 96 (1936)
   [15] *Wayne v. DHL Worldwide Express*, 294 F.3d 1179, 1183 (9th Cir. 2002)
25  [16] *Abrego Abrego v. Dow Chem. Co.*, 443 F.3d 676, 685 (9th Cir. 2006).
   [17] *Libhart v. Santa Monica Dairy Co.*, 592 F.2d 1062, 1065 (9th Cir. 1979).
26  [18] 28 U.S.C. § 1447(c); *Buckner v. FDIC*, 981 F.2d 816, 820 (5th Cir. 1993)
   [19] See, RJN, Exhibit "2" at ¶ 3, Ln 22-23.
27  [20] See, RJN, Exhibit "2" at ¶ 11.
   [21] See, RJN, Exhibit "2" at ¶ 8, Ln. 8.
28  [22] See, RJN, Exhibit "2" at ¶ 3, Ln. 23.
   [23] See, RJN, Exhibit "2" at ¶ 12.

6

NOTICE OF MOTION AND MOTION TO REMAND CASE

1   *well established that removability cannot be created by defendant pleading a counter-claim*
2   *presenting a federal question* [24]  In this case, the face of Plaintiff's Complaint contains no
3   federal question, and removal cannot be based solely on allegations of alleged violations of the
4   CCPA, the Civil Rights Act or any other alleged defenses raised by Ortiz.

5       Additionally, state law prohibits a defendant, such as Ortiz, from adding unrelated
6   claims to an unlawful detainer action. "The sum mary character of [an unlawful detainer]
7   action would be defeated if, by cross-complaint or counterclaim, issues irrelevant to the right
8   of immediate possession could be introduced."[25] In addition, federal courts do not have
9   jurisdiction to adjudicate title or interests in real property unless the United States claims an
10  interest.[26] In this case, the United States is not a party to the action filed by Plaintiff, and it
11  claims no interest in the Property.

12      Since removal cannot be based on the reasons alleged by Ortiz, and since state law
13  prohibits his claims from being attached to the underlying eviction proceeding, Plaintiff's
14  motion to remand this case back to the state court should be granted.

15  III.    THIS ACTION SHOULD BE REMANDED TO THE STATE COURT DUE TO
16          DEFECTS IN DEFENDANT'S REMOVAL PR OCEDURE.

17      The procedures for properly removing an action from State Court to Federal Court are
18  set forth in 28 U.S.C. § 1446. As set forth in the statute, a defendant must comply with these
19  procedures in order to invoke federal removal jurisdiction. Specifically, 28 U.S.C. 1446(a)
20  provides that a defendant must file with the district court a notice of removal, "containing a
21  short and plain statement of the grounds for removal." This Ortiz has failed to do. Rather
22  than file a short and plain statement as required, Ortiz filed a confusing, conclusory and
23  completely deficient pleading under the guise of a notice of removal. Based on this defect
24  alone, this action should be remanded to the State Court.

25  ///

26  ///

27

28  [24] *Takeda v. Northwestern Nat. Life Ins. Co.*, 765 F.2d 815, 822 (9th Cir. 1985)
    [25] *Glendale Fed. Bank v. Hadden*, 73 Cal.App.4th 1150, 87 Cal.Rptr.2d 102, 104 (Cal.App.4.Dist. 1999)

7

1    IV.    PLAINTIFF IS ENTITLED TO RECOVER ITS ATTORNEY FEES AND COSTS

2           INCURRED AS A RESULT OF FILING THIS MOTION TO REMAND

3
             On granting a motion for remand, the federal court may order the defendant to pay
4
     plaintiff its " just costs and any actual expenses, including attorney fees, incurred as a result of
5
     the removal."[27]  The statutory purpose is to deter the possibility of abuse, unnecessary expense
6
     and harassment if a defendant removes improperly. [28]  In this case, there is no basis for federal
7
     subject matter jurisdiction.  Clearly established state and federal law unequivocally prohibit
8
     removal under the circumstances of this case.  Moreover, Ortiz' removal action has frustrated
9
     the summary nature of the unlawful detainer action against him and has forced the prolonged
10
     expenditure of resources in both state and federal court.  Plaintiff respectfully submits that
11
     Ortiz filed the removal to this Court for one purpose: cause unnecessary delay and otherwise
12
     seek to impede Plaintiff's rights to recover poss ession of real property, which it lawfully
13
     owns.  As such, Plaintiff respectfully requests that it be allowed to recover its reasonable fees
14
     and costs incurred in filing this motion for remand.
15

16
17   V.    CONCLUSION

18          Based on the foregoing, it is clear that Ortiz'removal of this action to the Federal

19   Court is improper.  It is patently clear that this tactic was designed by Ortiz to harass Plaintiff

20   and cause Plaintiff unnecessary delay in recovering possession of its real property.

21   ///

22   ///

23   ///

24   ///

25   ///

26

27   [26] 28 U.S.C. § 2409a; *Leisnoi, Inc. v. United States,* 170 F.3d 1188, 1992 (9th Cir. 1999)

28   [27] 28 U.S.C. § 1447(c); *Morris v. Bridgestone/Firestone, Inc.,* 985 F.2d 238, 240. (6th Cir. 1993)
     [28] *Circle Industries USA, Inc. v. Parke Const. Group, Inc.,* 183 F.3d 105, 109. (2nd Cir. 1999).

                                                  8

1    Accordingly, this motion to remand should be granted and Plaintiff allowed to recover

2   its reasonable attorney fees and costs incurred in filing this motion for remand in the amount of

3   $2,687.50.

4                                                            WRIGHT, FINLAY & ZAK, LLP

5   Dated:  August 18, 2008              By:            _/s/ Darlene C. Vigil_____
                                                               Robin Prema Wright, Esq.
6                                                           Attorneys for Plaintiff
7                                                           CITIBANK, N.A. as Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9

1

2

<u>DECLARATION OF DARLENE VIGIL IN SUPPORT OF MOTION</u>

I, Darlene C. Vigil, declare:

3

4

5

1.     I am an attorney at law, duly licensed to practice before all courts of the State of California, and am associated with the law firm of Wright, Finlay & Zak, LLP, attorneys of record for Plaintiff CITIBANK, N.A., as Trustee ("Plaintiff).

6

7

2.     I have personal knowledge of each of the facts set forth in this Declaration, and could testify to each fact set forth herein, if called and duly sworn by this Court.

8

9

3.     I make this Declaration in support of Plaintiff's Motion to Remand Case and Request for Attorney Fees and Costs (the "Motion").

10

11

12

13

14

15

16

17

18

4.     On August 15, 2008, at approximately 6:10 p.m. I telephoned Defendant Jose Ortiz by dialing (619 ) 773-4584 to meet and confer in an effort to reach an amicable resolution prior to filing the Motion. Upon dialing (619 ) 773-4584 , I spoke to Mr. Ortiz directly. I advised Mr. Ortiz that our office represented Plaintiff and that I was calling to meet and confer prior to filing the Motion. I further advised Mr. Ortiz that our office intended to file a Motion to Remand the case back to the San Diego County Superior Court and, further, Plaintiff's position that the removal was improperly filed. I also advised Mr. Ortiz of Plaintiff's intention to seek attorneys' fees and costs incurred in connection with the Motion.   In response, Mr. Ortiz advised that he intended to pursue this matter in the federal court and immediately hung up the telephone.

19

20

21

22

5.     Our office spent 4.5 hours preparing this motion to remand at a billing rate of $215.00, for a total of $967.50. I also anticipate an additional eight hours to prepare a reply to Defendant's opposition and to attend the hearing on the motion. Accordingly, an additional $1,720.00.00 will be incurred, for a total amount of fees of $2,687.50.

23

24

6.     Therefore, Plaintiff also respectfully requests that the Court award Plaintiff its reasonable attorneys fees in the sum of $2,687.50 plus costs incurred in filing the Motion.

25

26

27

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This Declaration is executed on this 15th day of August, 2008 at Newport Beach, California.

28

_/s/ Darlene C. Vigil_____

Darlene C. Vigil, Declarant

10

1

**PROOF OF SERVICE**

2

     I, Gretchen Grant, declare as follows:

3

4

     I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur

5
Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with

6
the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

7

8

     On August 18, 2008, I served the within **NOTICE OF MOTION AND MOTION TO REMAND CASE AND REQUEST FOR ATTORNEYS FEES AND**

9
**COSTS;MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF DARLENE VIGIL IN SUPPORT OF MOTION** on all interested

10
parties in this action as follows:

11

     [X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s)

12
addressed as follows:

13

     Jose Ortiz

14
     14 N. Kenton Ave.
     National City, CA 91950

15

16
[ X ]    (BY MAIL SERVICE) I placed such envelope(s) with postage thereon fully prepared, to be deposited in the U.S. Mail at Newport Beach, California, to the aforementioned

17
addressee(s).

18
[ ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200,

19
complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to

20
print a transmission record of the transmission.

21
[ ]    (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies

22
of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

23

24
     I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

25

26
     Executed on August 18, 2008, at Newport Beach, California.

27

28
Gretchen Grant

1

1    JACKSON & ASSOCIATES, INC.
     Robert J. Jackson, Esq., SBN 53809
2    Scott J. Jackson, Esq., SBN 219157
3    4199 Campus Drive, Suite 700
     Irvine, CA 92612
4    Tel: (949) 854-2244/ Fax: (949) 892-1327
     rjackson@jandalegal.com
5

6    WRIGHT, FINLAY & ZAK, LLP
     Robin Prema Wright, Esq. SBN 150984
7    Darlene C. Vigil, Esq. SBN 223442
     Neil M. Sholander, Esq. SBN 225894
8    4665 MacArthur Court, Suite 280
9    Newport Beach, CA 92660 (Ortiz/Pleadings/RJN)
     Tel: (949) 477-5050/Fax: (949) 477-9200
10   dvigil@wrightlegal.net

11   Attorneys for Plaintiff and Moving Party,
12   CITIBANK, N.A. as Trustee

13                 UNITED STATES DISTRICT COURT

14           SOUTHERN DISTRICT OF CALIFORNIA- SAN DIEGO

15

16   CITIBANK, N.A. as Trustee,              ) Case No.:  CV 08-01301-LAB-(RBBx)
17                                           ) Hon. Larry Alan Burns
                         Plaintiff,          )
18                                           ) REQUEST FOR JUDICIAL NOTICE IN
19          vs.                              ) SUPPORT OF MOTION TO REMAND
                                             ) CASE
20                                           )
21   JOSE ORTIZ                              )
     and DOES 1 through 100, inclusive,      ) DATE:    November 3, 2008
22                                           ) TIME:     11:15 a.m.
23                     Defendants.           ) COURTROOM:  9
                                             )
24                                           )
25                                           )
26   _____         )
27

28

                                1

1    TO THE HONORABLE LARRY ALAN BURNS, DEFENDANT JOSE E. ORTIZ, IN

2    PRO SE, ALL INTERESTED PARTIES AND TO THEIR COUNSEL OF RECORD, IF

3    ANY:

4        Plaintiff CITIBANK N.A., as Trustee, ("Plainti ff") hereby requests that the Court take

5    judicial notice of the following:

6        1.    On July 3, 2008, Plaintiff filed a Complaint in Unlawful Detainer

7    ("Complaint") against Defendant JOSE E. OR TIZ ("Ortiz") in the Sa n Diego County

8    Superior Court, South County Judicial District, Case Number 37-2008-00031404-CL-UD-SC

9    (the "State Court Action").[1]

10        2.    In the State Court Action, Plaintiff seeks to recover possession of the real

11    property located at 14 N. Kenton Ave., National City, California 91950 (the "Property").[2]

12        3.    Plaintiff obtained title to the Property and right to possession thereof by its

13    purchase at a non-judicial foreclosure sale held in compliance with California Civil Code §

14    2924.[3]

15        4.    On July 21, 2008, Ortiz filed a Petition for Removal in this Court.[4]

16                                            Respectfully submitted,

17    Dated: August 18, 2008                  Wright, Finlay and Zak, LLP

18

19                                  By:    /s/ Darlene C. Vigil
                                          Robin Prema Wright, Esq.
20                                        Darlene C. Vigil, Esq.
                                          Attorneys for Plaintiff
21                                        CITBANK N.A. as Trustee

22

23

24

25

26    [1] A true and correct copy of the Complaint in Unlawful Detainer filed by Plaintiff in the State Court is attached
      hereto as Exhibit "1" and incorporated herein by reference as though set forth in full.
27    [2] See, Exhibit "1 ," ¶  3.
      [3] See, Exhibit "1 ," ¶  4.
28    [4] A true and correct copy of the Petition for Removal is attached hereto as Exhibit "2 " and incorporated herein by
      reference as though set forth in full.

                                              2

1  ROBERT J. JACKSON
   Attorney Bar No. 53809
2  SCOTT J. JACKSON
   Attorney Bar No. 219157
3  Jackson & Associates, Inc.
   4199 Campus Drive, Suite 700
4  Irvine, California 92612
   (949) 854-2244
5
   Attorney for Plaintiff
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9         SAN DIEGO COUNTY – SOUTH COUNTY JUDICIAL DISTRICT

10

11  CITIBANK N.A. as Trustee                )  CASE No. 37-2008-00031404-CL-UD-SC
                                            )
12        Plaintiff,                        )  **COMPLAINT IN UNLAWFUL DETAINER**
                                            )
13  vs.                                     )  LIMITED CIVIL JURISDICTION
                                            )
14                                          )  POST-FORECLOSURE EVICTION
                                            )
15  JOSE E. ORTIZ;                          )  AMOUNT DEMANDED DOES NOT
    and DOES 1 through 100, inclusive       )  EXCEED $10,000
16                                          )
          Defendant.                        )  Property Address:
17                                          )
                                            )  14 N KENTON AVE
18                                          )  NATIONAL CITY, CA  91950
                                            )
19

20  Plaintiff CITIBANK N.A. as Trustee ("Citibank") alleges as follows:

21  1.  Citibank is now and at all times relevant was an entity qualified to commence this action.

22  2.  The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are

23      unknown to Plaintiff at this time. These defendants will be served pursuant to *Code of Civ. Proc.*

24      § 415.46.

25  3.  The property of which Plaintiff seeks possession is located at 14 N KENTON AVE, NATIONAL

26      CITY, CA 91950 (the "Premises"). Said Premises is located within this Superior Court Judicial

27      District.

28  4.  Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161a. Plaintiff obtained

    EXHIBIT "1"

    Complaint in Unlawful Detainer
    CHCA041                              -1-

1   title to the Premises and right to possession thereof by its purchase at a foreclosure sale validly

2   held in compliance with *Civil Code* § 2924, the particulars of which are as follows:

3       A. JOSE E. ORTIZ executed as Trustor(s) a Deed of Trust, with power of sale, recorded on or

4           about 11/29/2006 in the Official Records of San Diego County as Instrument Number

5           2006-0847873, which Deed of Trust encumbered the Premises.

6       B. Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in

7           the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of

8           Trust sold and conveyed title to the Premises to Citibank, pursuant to a Trustee's Deed

9           Upon Sale recorded on or about 06/06/2008 in the Official Records of San Diego County

10          as Instrument Number 2008-0305705.

11  5.  Title is and has been perfected in Citibank on 06/06/2008.

12  6.  Plaintiff is informed, believes, and thereon alleges that Defendants JOSE E. ORTIZ and DOES 1

13      through 50 were in possession of the Premises at the time of sale, and that said Defendants and

14      DOES 51 through 100 remained in possession after the sale.

15  7.  On or about 06/13/2008, Plaintiff caused to be served on Defendants JOSE E. ORTIZ and DOES 1

16      through 100 a written Notice to Vacate Property pursuant to *Code of Civ. Proc.* § 1162, a copy of

17      which Notice is attached hereto as Exhibit 'A' and incorporated herein by reference.

18  8.  The Notice expired at midnight on 06/16/2008, and since 6/17/2008 Plaintiff is and has been

19      entitled to immediate possession of the Premises.

20  9.  Defendants and each of them failed and refused to surrender possession within or since the notice

21      period, and continue in possession of the Premises without Plaintiff's consent. Unnamed

22      Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

23  10. Plaintiff is informed, believes, and thereon alleges that the reasonable rental value of the Premises

24      is $22.00 per day, and that damages to the Plaintiff proximately caused by Defendants' unlawful

25      detention of the Premises have accrued at that rate since 6/17/2008 and will continue to accrue at

26      that rate so long as Defendants remain in possession of the Premises.

27  WHEREFORE, Plaintiff requests judgment as follows:

28  1.  For possession of the Premises;

1  2. For damages for the unlawful detention of the Premises at the rate of $22.00 per day from

2     6/17/2008 until the entry of judgment;

3  3. For costs of suit; and

4  4. For such other and further relief as the Court deems appropriate.

5

6  Date: July 3, 2008                                    Jackson & Associates, Inc.

7                                                        By:

8

9                                                        ROBERT J. JACKSON

10                                                       Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint in Unlawful Detainer                    -3-
CHCA041

EXHIBIT "A"

# NOTICE TO VACATE PROPERTY

TO:    JOSE E. ORTIZ &
       All occupants residing at
       14 NORTH KENTON AVENUE
       NATIONAL CITY, CA 91950

NOTICE IS HEREBY GIVEN THAT CITIBANK N.A. as Trustee ("Citibank"), or its predecessor in interest, purchased the property located at 14 NORTH KENTON AVENUE, NATIONAL CITY, CA 91950 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 11/29/2006 as Instrument Number 2006-0847873 in the Official Records of San Diego County, and that title to the Premises is duly perfected in Citibank.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, in the event you are the Trustor(s) of the Deed of Trust described above, a successor in interest to said Trustor(s), or a family member of said Trustor(s); **or,**

2. Within **thirty (30) days** after service on you of this Notice, in the event you are tenant of the Trustor(s) of the Deed of Trust described above, or a tenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to Citibank through Blake Peter, its agent, who can be reached at 619-861-8778 from 9:00 a.m. to 5:00 p.m. on all business days.

If you fail to vacate and surrender possession within the applicable period as set forth above, Citibank will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

This Notice is given pursuant to the provisions of Code of Civil Procedure § 1161a. If you have any questions about this Notice, please fax your inquiry to Jackson & Associates, Inc., attorney for Citibank, at (949) 892-1325.

Dated: June 13, 2008

Jackson & Associates, Inc.

By:

SCOTT J. JACKSON
Attorney for Citibank,
its assignees and/or successors
CHCA041

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Jackson & Associates<br>4199 Campus Dr Ste 700 | | | TELEPHONE NO.<br>(949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|---|---|
| Irvine | CA | 92612 | | |
| ATTORNEY FOR (Name | | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | | |
| SHORT TITLE OF CASE | | | | |

| | | | | Case Number. |
|---|---|---|---|---|
| 1409042 | (HEARING) Date | Time | Dept | REFERENCE NO.<br>CHCA041 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS
ACTION, AND I SERVED THE:

3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:     Jose E. Ortiz

ON:    6/13/2008        TIME OF DELIVERY:  5:30:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY
THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO
BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND
MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES
MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
TENANT AT:

ADDRESS:  14 North Kenton Avenue                              ON  6/13/2008
National City          CA          91950

| 7a. Person Serving: | Luis | Castellanos | d. The fee for service was<br>e. I am: | | $127.00 |
|---|---|---|---|---|---|
| | | | (1) | not a registered California process server: | |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | | (3) X | registered California process server:<br>(i) Independent Contractor<br>(i) Registration No: | 1391 |
| c. (714) 662-5555 | | | | (i) County:   SAN DIEGO | |

8. I declare under the penalty of perjury under the laws of the State of California that the   X
foregoing is true and correct.

SIGNATURE

6/16/2008        Luis        Castellanos

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

## PROOF OF SERVICE

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Jackson & Associates<br>4199 Campus Dr Ste 700 | | TELEPHONE NO.<br>(949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|---|
| Irvine           CA | 92612 | | |
| ATTORNEY FOR (Name | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| 1409826 | (HEARING) Date | Time | Dept | Case Number: |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>CHCA041 |

## PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS
ACTION, AND I SERVED THE:

3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:      All Occupants

ON:   6/13/2008      TIME OF DELIVERY:  5:30:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY
THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO
BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND
MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES
MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
TENANT AT:

ADDRESS: 14 North Kenton Avenue
         National City        CA       91950          ON  6/13/2008

| 7a. Person Serving: | Luis | Castellanos | d. The fee for service was | $0.00 |
|---|---|---|---|---|
| | | | e. I am: | |

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

(1)     not a registered California process server:
(3) X   registered California process server:
        (i) Independant Contractor
        (i) Registration No:                    1391
        (i) County:   SAN DIEGO

8. I declare under the penalty of parjury under the laws of the State of California that the
foregoing is true and correct.

X

6/10/2008      Luis      Castellanos

SIGNATURE

1

## VERIFICATION

2    I, ROBERT J. JACKSON, declare:

3     1. I am an attorney duly licensed to practice before this court.

4     2. My office is located in Orange County, CA, and Plaintiff has no officers in said county who

5 have any personal knowledge of this matter.

6     3. I have read the foregoing Complaint and know the contents thereof. I am informed and believe

7 the matters therein to be true and on that ground allege that the matters stated therein are true.

8    I declare under penalty of perjury that the foregoing is true and correct.

9    Executed this __3__ day of _____ duly _____, 20 _06_ at Irvine, California.

10

11

12                                 ROBERT J. JACKSON

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint in Unlawful Detainer            -4-
CHCA041

FILED

08 JUL 21 PM 12: 46

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

1  JOSE ORTIZ
   14 N. Kenton Ave
2  National City, CA. 91950
   Phone (619) 773- 4584
3  Defendant in Propria. Persona.

4                 UNITED STATES DISTRICT COURT

5               SOUTHERN DISTRICT OF CALIFORNIA

6

7  CITIBANK N. A. as Trustee                Case No '08 CV 1301 LAB RBB

                                            State Case No.
8                 Plaintiff;                37-2008-00031404-CL-UD-SC

9  VS.                                      **PETITION FOR REMOVAL**

10 JOSE E. ORTIZ and DOES 1 through 100     28 USC 1331, 1332,
   Inclusive;                              28 USC1441(a)(b)(c), 1443
11                                          28 USC 1446, FRCP 81(c)
                  Defendants.
12

13

14  TO The Honorable Judges of the United States District Court for the Central District of

15  California:

16       Petitioner, Jose E. Ortiz, appearing Pro. Se. respectfully shows this Court:

17       1. Petitioner is the Defendant in the above-entitled action.

18       2. The above-entitled and pending civil action was filed in the Superior Court of

19  the State of California County of San Diego on July 3, 2008.

20       3. The issue of Plaintiff's foreclosure and Unlawful Detainer is a complex litigation

21  in that Defendant has a claim against this claimant and others for FRAUD including

22  violations of 15 U.S.C. § 1611 et seq.; 26 U.S.C. § 2605 et seq.; 15 U.S.C. § 1602 et
23
    seq.; 15 U.S.C. § 1692.; which does not appear on the face of Plaintiff's complaint,
24
    however the constitutionality of the application of the Unlawful Detainer Statutes
25
    California Code of Civil Procedure section 1161a et seq. as applied to Defendants after a
26
    non-Judicial foreclosure is in issue, as well as the Non-judicial foreclosure itself under
27
    Cal. Civ. Code sec 2924. The issue is the lack of both substantive and procedural Due
28
    Process in the foreclosure proceedings as there is no opportunity to defend against a

EXHIBIT "2"

wrongful foreclosure, and thereafter no defense to the Unlawful Detainer stemming there from.

4. This is a diversity action as Defendant is a Citizen of the State of California and Plaintiff is a National Association which operates internationally in 23 countries outside the United States, with its main offices on information and belief to be at 100 Citibank Drive, San Antonio, TX 78245

Federal question in the following:

(A) Cal Civ. Code Sec 2924 was unconstitutionally applied to Defendant as there was no opportunity to defend against a wrongful foreclosure, there was no independent source to complain to too stop or prevent a wrongful or fraudulent foreclosure.

(B) California Code of Civil Procedure 1161a is applied to Plaintiff and all parties in a foreclosure action as a grinding mill, the time allowed for defense in insufficient to prepare a "real" defense to this type of eviction, and NO real defense is even allowed, the issue of the foreclosure being improperly carried out, or unlawfully carried out, and whether the title was properly obtained is a non issue in this type of complaint under California Law, and is not allowed to be litigated, this code gives the illusion of providing a procedure where Due Process is obtained but not the reality of receiving a meaningful procedure either in form or substance as being substantive or procedural Due Process.

4. In the present case, apparently Citibank remained in hiding as a beneficiary, and a company named Mortgage Electronic Registration Systems ("MERS") went on title after the loan was initially funded by Ownit Mortgage Solutions. MERS claimed to be the Beneficiary, Ownit the Lender and in turn Wilshire Credit, and Homeq Servicing, and Litton each have claimed the right to the payments, no where in this chain did Citibank ever appear, and this defendant does not believe (i) that the property was properly foreclosed, and (ii) that Citibank has standing to evict. Defendant has a counter claim that he intends to file and join the two cases for trial.

5. Plaintiff has attached a true and correct copy of the Complaint dated July 3, 2008 hereto as exhibit "1

6. The above-entitled matter was commenced against Petitioner in the Superior Court and is now pending therein as case no. 37-2008-00031404-CL-UD-SC

7. On or about July 6, 2008, Defendant was served with a Summons and Complaint in the above-entitled action.

8. The amount of money in controversy is currently in excess of $500,000 which is the value of the Property taken wrongfully, through the State non-judicial foreclosure and is not under $25,000 as Plaintiff alleges for the Superior Courts limited courts Jurisdiction.

9. This Court has original jurisdiction over these proceedings by virtue of 28 USC 1331, as a significant Federal question has been raised. Therefore, this matter may be removed pursuant to 28 USC 1441(a)(b).

10. This Court has further original Jurisdiction under 28 USC 1332 as Plaintiff is a resident and has there primary place for doing business in the State of Texas and Defendant is a resident of California

11. This court also has original jurisdiction as this is a matter that falls under Title 42 section 1983 ("The CIVIL Rights Act") which provides:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

1    12. That Declaratory relief is unavailable in the limited court and this action

2    because of the limited amount of time allowed prior to trial and the lack of defenses that

3    will be heard.

4    13. That this Court has Original Jurisdiction to hear and determine matters under

5    title 42 section 1983 by virtue of 28 USC 1443.

6

7    14. The Petitioner has filed with the Clerk of the United States District Court within

8    30 days after service on Petitioner of the aforesaid Complaint in the above-entitled action,

9    this Petition for Removal.

10    WHEREFORE Petitioner prays that the above-entitled action be removed from the

11    Superior Court to the United States District Court.

12    DATED _7/18/08_

13

14

15                                                          JOSE E. ORTIZ

16    **VERIFICATION**

17

18    STATE OF CALIFORNIA          )
                                   )s.s.
19    COUNTY OF SAN DIEGO          )

20

21    Jose E. Ortiz, under penalties of perjury, being first duly sworn, deposes and says:

22    That he is the Petitioner in the above-entitled action; that he has read the

23    foregoing and knows the contents thereof; that the same is true of his own personal

24    knowledge, except for those matters therein stated upon his information and belief, and

25    as to those matters he believes them to be true.

26    Jose E. Ortiz

27

28
         R. T. SAMSON
         COMM. #1706741
         NOTARY PUBLIC-CALIFORNIA
         SAN DIEGO COUNTY
         My Commission Expires
         APRIL 27, 2012

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO
SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME
ON THIS 18 th DAY OF JULY 20 08
BY: JOSE E. ORTIZ
PERSONALLY KNOWN TO ME OR PROVED TO ME ON
THE BASIS OF SATISFACTORY EVIDENCE TO BE THE
PERSON(S) WHO APPEARED BEFORE ME.

R. T. SAMSON - NOTARY PUBLIC

Petition for Removal and Notice of Removal

1

**JOSE ORTIZ**
2   14 N. Kenton Ave
    National City, CA. 91950
3   Phone (619) 773- 4584
    Defendant in Propria. Persona.
4

5                    UNITED STATES DISTRICT COURT

6                  SOUTHERN DISTRICT OF CALIFORNIA

7

8   | CITIBANK N. A. as Trustee | CASE NO. |
|---|---|
9   | Plaintiff; | **CERTIFICATE OF SERVICE** |
10  | VS. | State Case No. 37-2008-00031404-CL-UD-SC |
11  | JOSE E. ORTIZ and DOES 1 through 100 Inclusive; | |
12  | | |
13  | Defendants | |

14

15

16  I hereby certify that on July $\mathcal{2}/$, 2008, I did serve a true copy of the foregoing Notice

17  together with copies of the Petition for Removal, on Robert Jackson, attorney of record

18  for Plaintiff in the above-entitled action, by causing the same to be placed in the United

19  States mail, postage thereon fully prepaid, and addressed to:

20

21          Robert Jackson
            Attorney for Plaintiff
22          Citibank NA.
            4199 Campus Dr. Suite 700
23          Irvine CA. 92612

24

25  DATED: July 2 /    2008

26                                          Jose E. Ortiz

27

28

**SUM-130**

# SUMMONS
*(CITACION JUDICIAL)*

### UNLAWFUL DETAINER-EVICTION
*(RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* JOSE E. ORTIZ, and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* CITIBANK N.A. as Trustee

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>San Diego County Superior Court-South County<br>500 Third Avenue, Chula Vista, CA 91910 | **CASE NUMBER:**<br>37-2008-00051404-CL-UD-SC |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROBERT J. JACKSON (SBN 53809)     Telephone No. (949) 854-2244
SCOTT J. JACKSON (SBN 219157)
Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| Date:<br>*(Fecha)* | JUL 0 3 2008 | Clerk, by<br>*(Secretario)* | L. AMEZCUA | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | 4. NOTICE TO THE PERSON SERVED: You are served |
|---|---|

4. NOTICE TO THE PERSON SERVED: You are served
a. [ ] as an individual defendant.
b. [ ] as the person sued under the fictitious name of *(specify):*
c. [ ] as an occupant
d. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)　　　　[ ] CCP 416.60 (minor)
       [ ] CCP 416.20 (defunct corporation)　　[ ] CCP 416.70 (conservatee)
       [ ] CCP 416.40 (association or partnership)　[ ] CCP 416.90 (authorized person)
       [ ] CCP 415.46 (occupant)　　　　　　　[ ] other *(specify):*
5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2004]

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
CHCA041

**SUM-130**

| PLAINTIFF *(Name):* Citibank | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* JOSE E. ORTIZ; et al. | |

6.  **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

a. Assistant's name:

b. Telephone no.:

c. Street address, city, and ZIP:

d. County of registration:

e. Registration no.:

f. Registration expires on *(date):*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State number, and address):* | FOR COURT USE ONLY |
|---|---|
| ROBERT J. JACKSON (Bar No. 53809) SCOTT J. JACKSON (Bar No. 219157) Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612 TELEPHONE NO.: (949) 854-2244     FAX NO.: (949) 854-4752 ATTORNEY FOR *(Name):* Citibank | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 500 Third Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Chula Vista 91910
BRANCH NAME: South County

CASE NAME: Citibank v. JOSE E. ORTIZ; et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [ ] Unlimited (Amount demanded exceeds $25,000) | [X] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | 37-2008-00031404-CL-UD-SC JUDGE: DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[X] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [X] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* One (1)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 3, 2008

ROBERT J. JACKSON
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
CHCA041

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

To Plaintiffs and Others Filing First Papers. If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in items 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2/30 and 3.220 of the California Rules of Court.

To Parties in a Rule 3.740 Collections Cases. A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising for a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

To Parties in Complex Cases. In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)-Personal Injury/Property
Damage/Wrongful Death
Uninsured Motorist (46) (*if the
case involves an uninsured
motorist claim subject to
arbitration, check this item
instead of Auto*)
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/
Wrongful Death
Product Liability (*not asbestos or
toxic/environmental*) (24)
Medical Malpractice (45)
Medical Malpractice-
Physicians & Surgeons
Other Professional Health Care
Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip
and fall)
Intentional Bodily Injury/PD/WD
(e.g., assault, vandalism)
Intentional Infliction of
Emotional Distress
Negligent Infliction of
Emotional Distress
Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
Practice (07)
Civil Rights (e.g., discrimination,
false arrest) (*not civil
harassment*) (08)
Defamation (e.g., slander, libel)
(13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice
(*not medical or legal*)
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease
Contract (*not unlawful detainer
or wrongful eviction*)
Contract/Warranty Breach-Seller
Plaintiff (*not fraud or negligence*)
Negligent Breach of Contract/
Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open
book accounts) (09)
Collection Case-Seller Plaintiff
Other Promissory Note/Collections
Case
Insurance Coverage (*not provisionally
complex*) (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property (*not eminent
domain, landlord/tenant, or
foreclosure*)
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
drugs, check this item; otherwise,
report as Commercial or Residential*)
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ-Administrative Mandamus
Writ-Mandamus on Limited Court
Case Matter
Writ-Other Limited Court Case
Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal-Labor
Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400-3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
(*arising from provisionally complex
case type listed above*) (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of
County)
Confession of Judgment (*non-
domestic relations*)
Sister State Judgment
Administrative Agency Award
(*not unpaid taxes*)
Petition/Certification of Entry of
Judgment on Unpaid Taxes
Other Enforcement of Judgment
Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
above*) (42)
Declaratory Relief Only
Injunctive Relief Only (*non-
harassment*)
Mechanics Lien
Other Commercial Complaint
Case (*non-tort/non-complex*)
Other Civil Complaint
(*non-tort/non-complex*)
**Miscellaneous Civil Petition**
Partnership and Corporate
Governance (21)
Other Petition (*not specified
above*) (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult
Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late
Claim
Other Civil Petition

**CIVIL CASE COVER SHEET**

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU
LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.
1. If you live here an you do not complete and submit this form within 10 days of the date of service shown on this form,
   you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):*       TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR *(Name):* | |

NAME OF COURT: San Diego County Superior Court-South County

    STREET ADDRESS:
    MAILING ADDRESS: 500 Third Avenue
    CITY AND ZIP CODE: Chula Vista, CA 91910
    BRANCH NAME: South County

    PLAINTIFF: CITIBANK N.A. as Trustee

    DEFENDANT: JOSE E. ORTIZ; et al.

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER:<br>372008000 31404 CLUP SC |
|---|---|

| Complete this form only if ALL of these statements are true:<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer eviction) Complaint was filed<br>3. You still occupy the premises. | *(To be completed by the process server)*<br>DATE OF SERVICE:<br>*(Date that this form is served or delivered, and posted, and mailed by the officer of process server)* |
|---|---|

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
1. My name is *(specify):*

2. I reside at *(street address, unit No., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):* [_____], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make the claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $_____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

| CP10.5 [New January 1, 1991]<br>CHCA041 | PREJUDGMENT CLAIM OF RIGHT<br>TO POSSESSION | Code of Civil Procedure § 415 46,<br>715.010, 715.020, 1174.25 |
|---|---|---|

| PLAINTIFF *(Name):* Citibank | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* JOSE E. ORTIZ; et al. | |

> **NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

_____           _____
      (TYPE OR PRINT NAME)                              (SIGNATURE OF CLAIMANT)

> NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages

## – NOTICE TO OCCUPANTS –

**YOU MUST ACT AT ONCE if all the following are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. You still occupy the premises.

*(Where to file this form)*     You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*     If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

CP10.5 [New January 1, 1991]         **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**         Page two

1  ROBERT J. JACKSON
   Attorney Bar No. 53809
2  SCOTT J. JACKSON
   Attorney Bar No. 219157
3  Jackson & Associates, Inc.
   4199 Campus Drive, Suite 700
4  Irvine, California 92612
   (949) 854-2244
5
6  Attorney for Plaintiff

7

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9        SAN DIEGO COUNTY – SOUTH COUNTY JUDICIAL DISTRICT

10

11 CITIBANK N.A. as Trustee              )  CASE NO. 37-2008-00031404-CL-UD-SC
                                         )
12        Plaintiff,                     )  **COMPLAINT IN UNLAWFUL DETAINER**
                                         )
13 vs.                                   )  LIMITED CIVIL JURISDICTION
                                         )
14                                       )  POST-FORECLOSURE EVICTION
                                         )
15 JOSE E. ORTIZ;                        )  AMOUNT DEMANDED DOES NOT
   and DOES 1 through 100, inclusive     )  EXCEED $10,000
16                                       )
          Defendant.                     )  Property Address:
17                                       )
                                         )  14 N KENTON AVE
18                                       )  NATIONAL CITY, CA  91950

19

20 Plaintiff CITIBANK N.A. as Trustee ("Citibank") alleges as follows:

21 1.  Citibank is now and at all times relevant was an entity qualified to commence this action.

22 2.  The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are

23     unknown to Plaintiff at this time.  These defendants will be served pursuant to *Code of Civ. Proc.*

24     § 415.46.

25 3.  The property of which Plaintiff seeks possession is located at 14 N KENTON AVE, NATIONAL

26     CITY, CA 91950 (the "Premises").  Said Premises is located within this Superior Court Judicial

27     District.

28 4.  Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161a.  Plaintiff obtained

Complaint in Unlawful Detainer                        -1-
CHCA041

title to the Premises and right to possession thereof by its purchase at a foreclosure sale validly held in compliance with *Civil Code* § 2924, the particulars of which are as follows:

A. JOSE E. ORTIZ executed as Trustor(s) a Deed of Trust, with power of sale, recorded on or about 11/29/2006 in the Official Records of San Diego County as Instrument Number 2006-0847873, which Deed of Trust encumbered the Premises.

B. Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of Trust sold and conveyed title to the Premises to Citibank, pursuant to a Trustee's Deed Upon Sale recorded on or about 06/06/2008 in the Official Records of San Diego County as Instrument Number 2008-0305705.

5. Title is and has been perfected in Citibank on 06/06/2008.

6. Plaintiff is informed, believes, and thereon alleges that Defendants JOSE E. ORTIZ and DOES 1 through 50 were in possession of the Premises at the time of sale, and that said Defendants and DOES 51 through 100 remained in possession after the sale.

7. On or about 06/13/2008, Plaintiff caused to be served on Defendants JOSE E. ORTIZ and DOES 1 through 100 a written Notice to Vacate Property pursuant to *Code of Civ. Proc.* § 1162, a copy of which Notice is attached hereto as Exhibit 'A' and incorporated herein by reference.

8. The Notice expired at midnight on 06/16/2008, and since 6/17/2008 Plaintiff is and has been entitled to immediate possession of the Premises.

9. Defendants and each of them failed and refused to surrender possession within or since the notice period, and continue in possession of the Premises without Plaintiff's consent. Unnamed Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

10. Plaintiff is informed, believes, and thereon alleges that the reasonable rental value of the Premises is $22.00 per day, and that damages to the Plaintiff proximately caused by Defendants' unlawful detention of the Premises have accrued at that rate since 6/17/2008 and will continue to accrue at that rate so long as Defendants remain in possession of the Premises.

WHEREFORE, Plaintiff requests judgment as follows:

1. For possession of the Premises;

2. For damages for the unlawful detention of the Premises at the rate of $22.00 per day from 6/17/2008 until the entry of judgment;

3. For costs of suit; and

4. For such other and further relief as the Court deems appropriate.

Date: July 3, 2008

Jackson & Associates, Inc.

By:

ROBERT J. JACKSON
Attorney for Plaintiff

Complaint in Unlawful Detainer
CHCA041                                       -3-

EXHIBIT "A"

# NOTICE TO VACATE PROPERTY

TO:  JOSE E. ORTIZ &
     All occupants residing at
     14 NORTH KENTON AVENUE
     NATIONAL CITY, CA 91950

NOTICE IS HEREBY GIVEN THAT CITIBANK N.A. as Trustee ("Citibank"), or its predecessor in interest, purchased the property located at 14 NORTH KENTON AVENUE, NATIONAL CITY, CA 91950 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 11/29/2006 as Instrument Number 2006-0847873 in the Official Records of San Diego County, and that title to the Premises is duly perfected in Citibank.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, in the event you are the Trustor(s) of the Deed of Trust described above, a successor in interest to said Trustor(s), or a family member of said Trustor(s); **or,**

2. Within **thirty (30) days** after service on you of this Notice, in the event you are tenant of the Trustor(s) of the Deed of Trust described above, or a tenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to Citibank through Blake Peter, its agent, who can be reached at 619-861-8778 from 9:00 a.m. to 5:00 p.m. on all business days.

If you fail to vacate and surrender possession within the applicable period as set forth above, Citibank will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

This Notice is given pursuant to the provisions of Code of Civil Procedure § 1161a. If you have any questions about this Notice, please fax your inquiry to Jackson & Associates, Inc., attorney for Citibank, at (949) 892-1325.

Dated: June 13, 2008

Jackson & Associates, Inc.

By:

SCOTT J. JACKSON
Attorney for Citibank,
its assignees and/or successors
CHCA041

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.<br>(949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700 | | |
| Irvine       CA      92612 | | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any

SHORT TITLE OF CASE

| | | | | Case Number. |
|---|---|---|---|---|
| 1409042 | (HEARING) Date | Time | Dept | REFERENCE NO.<br>CHCA041 |

**PROOF OF SERVICE**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS
ACTION, AND I SERVED THE:

    3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:    Jose E. Ortiz

    ON:  6/13/2008    TIME OF DELIVERY:  5:30:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY
THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO
BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND
MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES
MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
TENANT AT:

ADDRESS: 14 North Kenton Avenue             ON  6/13/2008
          National City        CA    91950

| 7a. Person Serving:    Luis        Castellanos | d. The fee for service was    $127.00<br>e. I am: |
|---|---|
| | (1)    not a registered California process server:<br>(3) X  registered California process server:<br>(i) Independent Contractor |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | |
| c. (714) 662-5555 | (i) Registration No:        1391<br>(i) County:  SAN DIEGO |

8. I declare under the penalty of perjury under the laws of the State of California that the  X
foregoing is true and correct.

                                      SIGNATURE

6/16/2008    Luis      Castellanos

Form Approved for Optional Use Judicial)
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Jackson & Associates<br>4199 Campus Dr Ste 700 | | (949) 854-2244 | |
| Irvine | CA | 92612 | |
| ATTORNEY FOR (Name | | | |
| Insert of Court Name of Judicial District and Branch Court if any | | | |
| SHORT TITLE OF CASE | | | |

| | | | | Case Number: |
|---|---|---|---|---|
| 1409826 | (HEARING) Date | Time | Dept | REFERENCE NO.<br>CHCA041 |

### PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS
ACTION, AND I SERVED THE:

3/30 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT:     All Occupants

ON:     6/13/2008     TIME OF DELIVERY:  5:30:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY
THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO
BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND
MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES
MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE
TENANT AT:

ADDRESS: 14 North Kenton Avenue                          ON  6/13/2008
         National City          CA          91950

| 7a. Person Serving: | Luis | Castellanos | d. The fee for service was | | $0.00 |
|---|---|---|---|---|---|
| | | | e. I am: | | |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | | (1)<br>(3) X | not a registered California process server.<br>registered California process server.<br>(i) Independent Contractor | |
| c. (714) 662-5555 | | | | (i) Registration No:<br>(i) County:   SAN DIEGO | 1391 |

B. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.                                        X

6/10/2008     Luis     Castellanos

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

SIGNATURE

CRC 982(A)(23)

1                                            VERIFICATION

2    I, ROBERT J. JACKSON, declare:

3        1.  I am an attorney duly licensed to practice before this court.

4        2.  My office is located in Orange County, CA, and Plaintiff has no officers in said county who

5    have any personal knowledge of this matter.

6        3.  I have read the foregoing Complaint and know the contents thereof. I am informed and believe

7    the matters therein to be true and on that ground allege that the matters stated therein are true.

8        I declare under penalty of perjury that the foregoing is true and correct.

9        Executed this  3  day of _____ July _____, 20  08  at Irvine, California.

10

11

12                                                                ROBERT J. JACKSON

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint in Unlawful Detainer                        -4-
CHCA041

USDC CIRCUIT #9- CAS
880 FRONT ST #4290
SAN DIEGO CA 92101
619-557-7349

BATCH: 201
S-A-L-E-S  D-R-A-F-T
7
1926265008318288

REF: 0003
CD TYPE: UISA
TR TYPE: PURCHASE
DATE:   JUL 21, 08  12:54:50

**TOTAL**          **$10.00**

ACCT:          2103      EXP: **/**
AP: 012545
NAME: JOSE E ORTIZ

CARDMEMBER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDMEMBER'S AGREEMENT WITH THE ISSUER

THANK YOU

CUSTOMER COPY

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**#  153182     — TC**

**July 21, 2008**
**12:55:27**

## Civ Fil Non-Pris
USAO #.: 08CV1301
Judge..: LARRY A BURNS
Amount.:                    $340.00 CA
                           $10.00 CC

Check#.: 0

**Total-> $350.00**

FROM: JOSE ORTIZ VS CITIBANK

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ORTIZ, JOSE | CITIBANK, NA & DE Trustee |
| (b) County of Residence of First Listed Plaintiff  SAN DIEGO | County of Residence of First 08 JUL 21 PM 4 48 |
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)  PRO SE | Attorneys (If Known)  ROBERT  08 CV 1301 LAB RBB  SCOTT JACKSON |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

(checkbox form — nature of suit categories listed)

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1331, 1332, 1441(a) 1(b) (C), 1443, 1446, FRCP 81(c)

Brief description of cause:
PETITION FOR REMOVAL

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # 153182  AMOUNT $350  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

SAC 7/21/08

CR

1    **PROOF OF SERVICE**

2    I, Gretchen Grant, declare as follows:

3
     I am employed in the County of Orange, State of California. I am over the age of
4    eighteen (18) and not a party to the within action. My business address is 4665 MacArthur
5    Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of
     Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with
6    the United States Postal Service. Such correspondence is deposited with the United States
7    Postal Service the same day in the ordinary course of business.

8    On August 18, 2008, I served the within **REQUEST FOR JUDICIAL NOTICE IN
     SUPPORT OF MOTION TO REMAND CASE** on all interested parties in this action as
9    follows:

10   [X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s)
11   addressed as follows:

12   Jose Ortiz
     14 N. Kenton Ave.
13   National City, CA 91950

14
     [ X ]    (BY MAIL SERVICE) I placed such envelope(s) with postage thereon fully prepared, to
15            be deposited in the U.S. Mail at Newport Beach, California, to the aforementioned
16            addressee(s).

17   [  ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200,
              complied with California Rules of Court, Rule 2003, and no error was reported by the
18            machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to
19            print a transmission record of the transmission.

20   [  ]    (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies
              of thereof enclosed in a package designated by Federal Express with the delivery fees
21            provided for.

22   I declare under penalty of perjury under the laws of the State of California and the
23   United States of America that the foregoing is true and correct.

24   Executed on August 18, 2008, at Newport Beach, California.

25
26
27   Gretchen Grant

28

---

1
PROOF OF SERVICE

1 | JACKSON & ASSOCIATES, INC.
Robert J. Jackson, Esq., SBN 53809
2 | 4199 Campus Drive, Suite 700
3 | Irvine, CA 92612
Tel: (949) 854-2244/ Fax: (949) 892-1327
4 | rjackson@jandalegal.com

5 | WRIGHT, FINLAY & ZAK, LLP
6 | Robin Prema Wright, Esq. SBN 150984
Darlene C. Vigil, Esq. SBN 223442
7 | 4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 (Ortiz/Pleadings/Notice)
8 | Tel: (949) 477-5050/Fax: (949) 477-9200
9 | dvigil@wrightlegal.net

10 | Attorneys for Plaintiff,
11 | CITIBANK N.A. as Trustee

12
13 |                    UNITED STATES DISTRICT COURT

14 |            SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

15

16 | CITIBANK N.A. as Trustee,                    ) Case No.: CV 08-01301-LAB-RBB
                                                  ) Hon. Larry Alan Burns
17 |                        Plaintiff,             )
18 |            v.                                 ) CERTIFICATION AND NOTICE OF
                                                  ) INTERESTED PARTIES
19 | JOSE E. ORTIZ                                 )
    and DOES 1 through 100, inclusive,            )
20 |                                              )
21 |                     Defendants.              )
                                                  )
22 | _____        )

23

24 | TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

25 |        The undersigned, counsel of record for Plaintiff CITIBANK N.A. as Trustee, certifies

26 | that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome

27 | of this case. These representations are made to enable the Court to evaluate possible

28

1

1  disqualification or recusal.

2

3     **PARTY**                              **CONNECTION**

4  Citibank N.A., as Trustee                  Plaintiff

5

6  Jose E. Ortiz                              Defendant

7

8                                            WRIGHT, FINLAY & ZAK, LLP

9

10  Dated:  August 18, 2008          By:      _/s/ Darlene C. Vigil_____

11                                            Robin Prema Wright, Esq.
                                             Darlene C. Vigil, Esq.
12                                            Attorneys for Plaintiff
                                             CITIBANK N.A. as Trustee
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28