1   JACKSON & ASSOCIATES, INC.
    Robert J. Jackson, Esq., SBN 53809
2   4199 Campus Drive, Suite 700
3   Irvine, CA 92612
    Tel: (949) 854-2244/ Fax: (949) 892-1327
4   rjackson@jandalegal.com

5   WRIGHT, FINLAY & ZAK, LLP
6   Robin Prema Wright, Esq. SBN 150984
    Darlene C. Vigil, Esq. SBN 223442
7   4665 MacArthur Court, Suite 280
8   Newport Beach, CA 92660 (Ortiz/Pleadings/Association)
    Tel: (949) 477-5050/Fax: (949) 477-9200
9   rwright@wrightlegal.net

10  Attorneys for Plaintiff,
    CITIBANK N.A. as Trustee
11

12                      UNITED STATES DISTRICT COURT
13
                SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)
14

15  CITIBANK N.A. as Trustee,              ) Case No.: CV 08-01301-LAB-RBB
16                                         ) Hon. Larry Alan Burns
                        Plaintiff,         )
17      v.                                 ) ASSOCIATION OF COUNSEL
18                                         )
    JOSE E. ORTIZ                          )
19  and DOES 1 through 100, inclusive,     )
                                           )
20                      Defendants.        )
21                                         )
                                           )
22

23          TO ALL INTERESTED PARTIES:

24          The undersigned representative for CITIBANK N.A. as Trustee, Plaintiff in this action, does

25  hereby associate and appoint as lead counsel Robin Prema Wright, Esq., SBN 150984 and Darlene C.

26  Vigil, SBN 223442 of Wright, Finlay & Zak, LLP as well as co-counsel to Robert J. Jackson, Esq. and

27
28  Scott J. Jackson, of Jackson & Associates, Inc., in the above-captioned matter.

                                        - 1 -

1

2    Dated: August _12_, 2008

3

4

5

6    Dated: August /22/2008

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JACKSON & ASSOCIATES, INC.

By:_____
        Robert J. Jackson, Esq.
        Attorney of Record for Plaintiff
        CITIBANK N.A. as Trustee

WRIGHT, FINLAY & ZAK, LLP

By:_____
        Robin Prema Wright, Esq.
        Associate Attorney for Plaintiff
        CITIBANK N.A. as Trustee