1  JACKSON & ASSOCIATES, INC.
   Robert J. Jackson, Esq., SBN 53809
2  4199 Campus Drive, Suite 700
3  Irvine, CA 92612
   Tel: (949) 854-2244/ Fax: (949) 892-1327
4  rjackson@jandalegal.com

5
   WRIGHT, FINLAY & ZAK, LLP
6  Robin Prema Wright, Esq. SBN 150984
   Darlene C. Vigil, Esq. SBN 223442
7  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660 (Ortiz/Pleadings/Association)
8  Tel: (949) 477-5050/Fax: (949) 477-9200
9  rwright@wrightlegal.net

10 Attorneys for Plaintiff,
   CITIBANK N.A. as Trustee
11

12
                   UNITED STATES DISTRICT COURT
13
              SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)
14

15 CITIBANK N.A. as Trustee,           ) Case No.: CV 08-01301-LAB-RBB
16                                     ) Hon. Larry Alan Burns
              Plaintiff,               )
17     v.                              ) ASSOCIATION OF COUNSEL
18                                     )
   JOSE E. ORTIZ                       )
19 and DOES 1 through 100, inclusive,  )
                                       )
20            Defendants.              )
21                                     )
                                       )
22

23    TO ALL INTERESTED PARTIES:

24    The undersigned representative for CITIBANK N.A. as Trustee, Plaintiff in this action, does

25 hereby associate and appoint as lead counsel Robin Prema Wright, Esq., SBN 150984 and Darlene C.
26
   Vigil, SBN 223442 of Wright, Finlay & Zak, LLP as well as co-counsel to Robert J. Jackson, Esq. and
27
   Scott J. Jackson, of Jackson & Associates, Inc., in the above-captioned matter.
28

- 1 -

```
 1
 2   Dated: August 12, 2008         JACKSON & ASSOCIATES, INC.
 3                                  By: _____
                                         Robert J. Jackson, Esq.
 4                                       Attorney of Record for Plaintiff
                                         CITIBANK N.A. as Trustee
 5
                                    WRIGHT, FINLAY & ZAK, LLP
 6   Dated: August 18, 2008         By: _____
 7                                       Robin Prema Wright, Esq.
                                         Associate Attorney for Plaintiff
 8                                       CITIBANK N.A. as Trustee
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

- 2 -

1 | record, Robert J. Jackson, Esq., of Jackson & Associates, Inc., in the above-captioned matter.

                                                              JACKSON & ASSOCIATES, INC.

Dated: August ___, 2008         By: _____
                                                   Robert J. Jackson, Esq.
                                                   Attorney of Record for Plaintiff
                                                   CITIBANK N.A. as Trustee

                                             WRIGHT, FINLAY & ZAK, LLP

Dated: August 18, 2008         By: *s/Robin Prema Wright*
                                                 Robin Prema Wright, Esq.
                                                 Associate Attorney for Plaintiff
                                                 CITIBANK N.A. as Trustee

ASSOCIATION OF COUNSEL

# PROOF OF SERVICE

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On August 25, 2008, I served the within ASSOCIATION OF COUNSEL, on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Jose Ortiz
14 N. Kenton Ave.
National City, CA 91950

[X]   (BY MAIL SERVICE) I placed such envelope(s) with postage thereon fully prepared, to be deposited in the U.S. Mail at Newport Beach, California, to the aforementioned addressee(s).

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 25, 2008, at Newport Beach, California.

_____
Gretchen Grant